UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:                                                         Case No.:   18-14201 NWW
JEFFERY ALLEN MASON                                            Chapter 13
CASEY NICOLE MASON

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
Creditor Name:              **VANDERBILT MORTGAGE & FINANCE**

Court Claim Number: **001**        UCI:

Last Four of Account Id Number:     3884

Property Address, if available:     165 MASON LANE SE

**Part 2: CURE AMOUNT**
a.  Allowed prepetition arrearage:                                              $20.00
b.  Prepetition arrearage paid by the Trustee:                                  $20.00
c.  Amount of postpetition fees, expenses and charges
       recoverable under FRBP 3002.1(c):                                        $0.00
d.  Amount of postpetition fees, expenses and charges
       recoverable under FRBP 3002.1(c) paid by the Trustee:                    $0.00
Total Disbursements by Trustee:                                                 $20.00

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid direct by the Debtor.

Current Monthly Mortgage Payment: N/A

Next post-petition payment due: N/A

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 9/16/2021                                   Respectfully Submitted:

s/ Kara L. West, Trustee
Kara L. West (TN No. 25744)
Standing Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

ERON H EPSTEIN ESQUIRE - ECF
US Trustee – ECF
Bankruptcy Court – ECF
  – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   JEFFERY ALLEN MASON, 200 CG ERNEST RD NW, , CHARLESTON, TN    37310
Creditor:   VANDERBILT MORTGAGE & FINANCE, PO BOX 9800, ATTN: BANKRUPTCY DEPARTMENT, MARYVILLE, TN 37802-9800
Creditor Noticing Address:

s/ Kara L. West w/permission by LDC (85)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511
(423) 265-2261

# Disbursements for Claim

**Case:** 18-14201    **JEFFERY ALLEN MASON**

**VANDERBILT MORTGAGE & FINANCE**
PO BOX 9800
ATTN: BANKRUPTCY DEPARTM
MARYVILLE, TN  37802-98

Sequence: 25
Modify:
Filed Date:  9/26/2018  12:00:00AM
Hold Code:

Acct No: 3884

ARREARS

| | | | Debt: | $20.00 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | | Paid: | $20.00 | Balance Due: | $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0011    VANDERBILT MORTGAGE & FINANCE** | | | | | | | |
| VANDERBILT MORTGAGE & FINANC | | 11/30/2018 | 1993466 | $20.00 | $0.00 | $20.00 | 12/17/2018 |
| | | | Sub-totals: | $20.00 | $0.00 | $20.00 | |
| | | | **Grand Total:** | **$20.00** | **$0.00** | | |

1